DAVID AYERS *et al.*

*v.*

THE CITY OF CHICAGO.*

*Opinion filed April 17, 1900.*

This case is controlled by the decisions in *Lusk* v. *City of Chicago*, 176 Ill. 207, and *Hurlbut* v. *City of Chicago*, 184 id. 455.

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

GEORGE W. WILBUR, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and WILLIAM M. PINDELL, for defendant in error.

Per CURIAM:  In these cases judgments were entered confirming special assessments to pay for grading, paving and curbing certain streets in the city of Chicago. In each case the ordinance providing for the improvement is subject to the same objection as the ordinance passed upon in *Lusk* v. *City of Chicago*, 176 Ill. 207.  Upon the authority of that case and *Hurlbut* v. *City of Chicago*, 184 Ill. 455, the judgments herein are reversed and the causes remanded.

*Reversed and remanded.*

*With this case are determined Nos. 948, *Adam* v. *City of Chicago*, and 956, *Bass* v. *Same.*